IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WAYNE EDWARD HANDY | § | |
| VS. | § | CIVIL ACTION NO. 1:09-CV-851 |
| JODY R. UPTON, WARDEN | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Wayne Edward Handy, an inmate confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se*, filed this civil rights action pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) against defendants Jody R. Upton, Ricardo Martinez, Paul Hayes, Jason Tenner, and Michael Arvie.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends defendants' motion for summary judgment for failure to exhaust administrative remedies be granted and plaintiff's *Bivens* action be dismissed.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered

in accordance with the Magistrate Judge's recommendation.

So **ORDERED** and **SIGNED** this **7** day of **September, 2012.**

_____
Ron Clark, United States District Judge